# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shawn Bedwell,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL A. CONWAY, Individually and as Trustee of the Michael A. Conway and Kathryn F. Conway Living Trust, Dated April 29, 2003, (erroneously sued herein as KATHRYN F. CONWAY, an Individual); and Does 1-10,<br><br>　　　　Defendants. | Case No.: ED CV 20-1674-DMG (KKx)<br><br>**ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE [20]** |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the parties' stipulation for dismissal of the action, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

The above-captioned action is dismissed with prejudice, in its entirety. The parties shall bear their own fees and costs.

DATED: November 23, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE